```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

DIEBOLD, INC.,                 :
                               :
          Plaintiff,           :   HONORABLE JOSEPH E. IRENAS
                               :   CIVIL ACTION NO. 07-1991 (JEI)
     v.                        :
                               :   **ORDER GRANTING IN PART AND**
CONTINENTAL CASUALTY CO.,      :   **DISMISSING AS MOOT IN PART**
                               :   **DEFENDANT'S MOTION FOR SUMMARY**
          Defendant.           :   **JUDGMENT (Docket # 85); DENYING**
                                   **PLAINTIFF'S CROSS-MOTION**
                                   **(Docket # 89); and DENYING AS**
                                   **MOOT PLAINTIFF'S MOTION FOR**
                                   **SUMMARY JUDGMENT (Docket # 90)**

**APPEARANCES:**

ANDERSON KILL & OLICK, P.C.
By: John N. Ellison, Esq.
    Luke E. Debevec, Esq.
1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
          Counsel for Plaintiff

CLAUSEN MILLER, P.C.
By: Christopher Scanlon, Esq.
    Scott L. Schmookler, Esq.
One Chase Manhattan Plaza, 39th Floor
New York, New York 10005

and

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW
By: Edward Delesky, Esq.
1249 South River Road, Suite 300A
Cranbury, New Jersey 08512
          Counsel for Defendant


**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendant's Motion for Summary Judgment (Docket # 85), Plaintiff's Cross-Motion for Summary Judgment (Docket # 89), and

Plaintiff's Motion for Summary Judgment (Docket # 90), the Court having considered the parties' submissions, and for the reasons set forth in the Opinion isued on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this 21st day of June, 2010,

**ORDERED THAT:**

(1) Defendant's Motion for Summary Judgment (Docket # 85) is hereby **GRANTED** as to its "discovery" defense and as to Plaintiff's bad faith claim.  The Motion is **DISMISSED AS MOOT** in all other respects.

(2)  Plaintiff's Cross-Motion for Summary Judgment (Docket # 89) on Defendant's "discovery" defense is hereby **DENIED.**

(3)  Plaintiff's Motion for Summary Judgment (Docket # 90) is hereby **DISMISSED AS MOOT.**

(4)  The Clerk of Court is hereby directed to **CLOSE THIS FILE**.

    s/ Joseph E. Irenas
    Joseph E. Irenas, S.U.S.D.J.