```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

DIEBOLD, INC.,                  :
                                :
        Plaintiff,              :    HONORABLE JOSEPH E. IRENAS
                                :    CIVIL ACTION NO. 07-1991 (JEI)
    v.                          :
                                :    ORDER DISMISSING AS MOOT
CONTINENTAL CASUALTY CO.,       :         MOTION TO SEAL
                                :
        Defendant.              :       (Docket Entry No. 97)
```

**APPEARANCES:**

ANDERSON KILL & OLICK, P.C.
By:  John N. Ellison, Esq.
     Luke E. Debevec, Esq.
1600 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
          Counsel for Plaintiff

CLAUSEN MILLER, P.C.
By:  Christopher Scanlon, Esq.
     Scott L. Schmookler, Esq.
One Chase Manhattan Plaza, 39th Floor
New York, New York 10005

and

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW
By:  Edward Delesky, Esq.
1249 South River Road, Suite 300A
Cranbury, New Jersey 08512
          Counsel for Defendant


**IRENAS**, Senior District Judge:

     This matter apparently having been resolved by Magistrate Judge Schneider's Order of December 11, 2009, and for good cause appearing;

**IT IS** on this 21st day of June, 2010,

**ORDERED THAT:**

The Motion to Seal (Docket # 97) is hereby **DISMISSED AS MOOT.**

                                                s/ Joseph E. Irenas
                                        Joseph E. Irenas, S.U.S.D.J.